UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ABRAHAM LESER,

                  Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION,

                  Defendant.
------------------------------------------------------------- x
U.S. BANK NATIONAL ASSOCIATION,

                  Counterclaim Plaintiff,

v.

ABRAHAM LESER,

                  Counterclaim Defendant.
------------------------------------------------------------- x

09-CV-02362 (KAM) (MDG)

**ORDER TO SHOW CAUSE FOR PRE-JUDGMENT ENFORCEMENT**

Upon the declaration of Matthew D. Parrott, dated the 11th day of February, 2013, and the exhibits annexed thereto, and upon Defendant U.S. Bank National Association's Memorandum of Law in Support of its Motion for Pre-Judgment Enforcement, and upon all prior papers submitted and proceedings conducted, and good cause having been shown, it is hereby:

ORDERED that Plaintiff Abraham Leser ("Leser" or "Plaintiff") show cause before the Honorable Marilyn D. Go, at ~~room~~ *Courtroom* 11C, United States Court House, 225 Cadman Plaza East, Brooklyn, New York, on February 19, 2013, at 2 o'clock in the *after*noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to FRCP 64 and CPLR 5229 (i) restraining and enjoining plaintiff Leser, and any person, company, or other entity controlled by him, with the same effect as if a restraining notice had been served upon him after judgment pursuant to CPLR 5222; and (ii) compelling Leser to produce documents and appear for an examination by U.S. Bank National Association's co-counsel herein, Katten

Muchin Rosenman, LLP, regarding Leser's finances, assets, and ability to satisfy the forthcoming judgment; and it is further

ORDERED that a copy of this Order be served via electronic filing on the ECF system on or before February 13, 2013 and such service shall be deemed sufficient; and it is further

ORDERED that answering papers, if any, be served on or before February 15, 2013, via electronic filing on the ECF system; and it is further;

ORDERED that reply papers, if any, by served on or before February 19, 2013, via electronic filing on the ECF system. by 12:00 noon

DATED: 2/12/13
Brooklyn, New York

s/LB

~~U.S. Magistrate Judge Marilyn D. Go~~
Lois Bloom